PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTA L. FREEMAN, | ) | |
| | ) | CASE NO. 5:20CV1579 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CROSSROADS HOSPICE OF | ) | |
| NORTHEASTER OHIO LLC, *et al.* | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendants. | | |

On November 17, 2020, the parties file a joint notice on the docket stating that a settlement has been reached. ECF No. 20. Therefore, the docket shall be marked "dismissed without prejudice." On or before December 17, 2020, the parties shall submit their Joint Motion for Settlement Approval.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

| | |
|---|---|
| November 20, 2020 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |