# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **TRISTA L. FREEMAN**, on behalf of herself and all others similarly situated, | ) ) ) CASE NO. 5:20-cv-1579 |
| Plaintiff, | ) ) **JUDGE BENITA Y. PEARSON** |
| v. | ) ) **NOTICE OF SUPPLEMENTAL** |
| **CROSSROADS HOSPICE OF NORTHEAST OHIO LLC**, *et al.*, | ) **FILING TO JOINT MOTION FOR** ) **APPROVAL OF FLSA COLLECTIVE** ) **ACTION SETTLEMENT** |
| Defendants. | ) ) |

On December 17, 2020, the Parties filed their Joint Motion for Approval of FLSA Collective Action Settlement.[1] Supplementing that filing, in particular ECF No. 22-1, is the attached fully executed agreement.

Respectfully submitted,

**NILGES DRAHER LLC**

*/s/ Robi Baishnab*
Robi J. Baishnab (0086195)
34 N. High Street
Suite 502
Columbus, OH 43215
Telephone:  (614) 824-5770
Fax:  (330) 754-1430
Email:  rbaishnab@ohlaborlaw.com

Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street N.W.
Suite D
Massillon, OH 44646
Telephone:  (330) 470-4428
Fax:  (330) 754-1430
Email:  hans@ohlaborlaw.com
  sdraher@ohlaborlaw.com

*Counsel for Plaintiffs*

---

[1] ECF No. 22.

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of January, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                   */s/ Robi J. Baishnab*
                                                   Robi J. Baishnab

                                                   *Counsel for Plaintiffs*